No. 552, Misc. ROGERS *v*. RICHMOND, WARDEN. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. Case transferred to the appellate docket. *Louis H. Pollak* for petitioner. *Abraham S. Ullman* and *Arthur T. Gorman* for respondent.

No. 255, Misc. McGRATH ET AL. *v*. RHAY, SUPERINTENDENT OF WASHINGTON STATE PENITENTIARY. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Washington granted. Case transferred to the appellate docket. Petitioners *pro se*. *John J. O'Connell*, Attorney General of Washington, and *Stephen C. Way*, Assistant Attorney General, for respondent.

No. 650, Misc. IRVIN *v*. DOWD, WARDEN. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted. Case transferred to the appellate docket. *James D. Lopp, Theodore Lockyear, Jr.* and *James D. Nafe* for petitioner. *Edwin K. Steers*, Attorney General of Indiana, and *Richard M. Givan*, Assistant Attorney General, for respondent.

No. 523. AB ELECTROLUX *v*. NATIONAL GAS APPLIANCE CORP. C. A. 7th Cir. Certiorari denied. *Kenneth F. Burgess* and *Walter J. Cummings, Jr.* for petitioner. *John J. Kelly, Jr., George G. Kelly* and *Francis B. Stine* for respondent.